UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHARLES A. RIPPY, JR.
        Plaintiff(s)
   v.                               **Judgment in a Civil Case**
NORTH CAROLINA
        Defendant(s)                Case Number: 5:11-CT-3011-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice as frivolous.

This Judgment Filed and Entered on July 7, 2011, with service on:
Charles A. Rippy, Jr. 0345021, Nash Correctional Center, P.O. Box 600, Nashville, NC 27856 (via U.S. Mail)

July 7, 2011                                                    /s/ Dennis P. Iavarone
                                                                               Clerk